IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| LIGHTING BALLAST CONTROL LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> AMERICAN BALLAST CORP., § <br> ANTRON COMPACT ELECTRONICS, LP, § <br> HATCH TRANSFORMERS, INC., § <br> RADIONIC INDUSTRIES, INC. and § <br> ROBERTSON WORLDWIDE, § <br> § <br> Defendants. § | CIVIL ACTION NO. 7:11-cv-00114-O <br><br> **JURY TRIAL DEMANDED** |

## SECOND STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED, by and between Plaintiff LIGHTING BALLAST CONTROL LLC and Defendant HATCH TRANSFORMERS, INC. ("Hatch"), through their respective counsel, that Hatch may have to and including February 3, 2012 to answer, respond or otherwise plead with respect to Plaintiff's Complaint.

**Dated: January 5, 2012.**                    Respectfully submitted,

/s/ David A. Skeels
State Bar No. 24041925
Jonathan T. Suder
State Bar No. 19463350
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
(817) 334-0400
(817) 334-0401 (fax)
jts@fsclaw.com
skeels@fsclaw.com

**ATTORNEYS FOR PLAINTIFF**

1


/s/ Paul J. Stockhausen
Reinhart Boerner Van Deuren s.c.
1000 North Water Street, Suite 1700
Milwaukee, WI  53202-6650
(414) 298-8186
(414) 298-8097 fax
pstockha@reinhartlaw.com

**ATTORNEYS FOR DEFENDANT
HATCH TRANSFORMERS, INC.**

## CERTIFICATE OF SERVICE

     I hereby certify that on the 5th day of January, 2012, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, Wichita Falls Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ David A. Skeels