IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| LIGHTING BALLAST CONTROL LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:11-cv-00114-O |
| | § | |
| ANTRON COMPACT ELECTRONICS, LP, | § | **JURY TRIAL DEMANDED** |
| and HATCH TRANSFORMERS, INC., | § | |
| | § | |
| Defendants. | § | |

### STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT ANTRON COMPACT ELECTRONICS, LP

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Lighting Ballast Control LLC ("Plaintiff") and Defendant Antron Compact Electronics, LP ("Defendant"), and by their attorneys, that pursuant to Fed.R.Civ.P. 41(a)(1)(ii), Plaintiff's claims and any counterclaims Defendant filed or could have filed in the above-captioned action should be, and hereby are, dismissed with prejudice.

Plaintiff has not released, and nothing in this Stipulation shall be construed as a release or discharge of, any claim Plaintiff has against any other Defendant named in this action. All such rights have been, and are, expressly reserved.

Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| /s/ David A. Skeels<br>State Bar No. 24041925<br>Jonathan T. Suder<br>State Bar No. 19463350<br>Friedman, Suder & Cooke<br>Tindall Square Warehouse No. 1<br>604 East 4th Street, Suite 200<br>Fort Worth, Texas 76102<br>(817) 334-0400<br>Fax (817) 334-0401<br>skeels@fsclaw.com<br>jts@fsclaw.com<br><br>**ATTORNEYS FOR PLAINTIFF** | /s/John G. Fischer<br>Texas State Bar No. 00795890<br>Eric C. Wood<br>Texas State Bar No. 24037737<br>Paul D. Lein<br>Texas State Bar No. 24070133<br>SCHEEF & STONE, LLP<br>500 N. Akard, Suite 2700<br>Dallas, Texas 75201<br>(214) 706-4200 Phone<br>(214) 706-4242 Fax<br>john.fischer@solidcounsel.com<br>eric.wood@solidcounsel.com<br>paul.lein@solidcounsel.com<br><br>**ATTORNEYS FOR DEFENDANT ANTRON COMPACT ELECTRONICS, LP** |

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd of May, 2012, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, Wichita Falls Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ David A. Skeels