IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| LIGHTING BALLAST CONTROL LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 7:11-cv-00114-O |
| HATCH TRANSFORMERS, INC., | § § | **JURY TRIAL DEMANDED** |
| Defendant. | § § | |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO
DEFENDANT HATCH TRANSFORMERS, INC.**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Lighting Ballast Control LLC ("Plaintiff") and Defendant Hatch Transformers, Inc. ("Defendant"), and by their attorneys, that pursuant to Fed.R.Civ.P. 41(a)(1)(ii), Plaintiff's claims filed in the above-captioned action should be, and hereby are, dismissed with prejudice.

Plaintiff has not released, and nothing in this Stipulation shall be construed as a release or discharge of, any claim Plaintiff has or may have in the future against any other Defendant named in this action or any other asserted infringer of the patent-in-suit. All such rights have been, and are, expressly reserved.

Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| /s/ David A. Skeels<br>State Bar No. 24041925<br>Jonathan T. Suder<br>State Bar No. 19463350<br>Friedman, Suder & Cooke<br>Tindall Square Warehouse No. 1<br>604 East 4th Street, Suite 200<br>Fort Worth, Texas 76102<br>(817) 334-0400<br>Fax (817) 334-0401<br>skeels@fsclaw.com<br>jts@fsclaw.com<br><br>**ATTORNEYS FOR PLAINTIFF** | /s/ Paul J. Stockhausen<br>Reinhart Boerner Van Deuren s.c.<br>1000 North Water Street, Suite 1700<br>Milwaukee, WI  53202-6650<br>414-298-8186<br>414-298-8097 – fax<br>pstockhausen@reinhartlaw.com<br><br>James N. Henry, Jr.<br>State Bar No. 00793936<br>HALLETT & PERRIN, P.C.<br>2001 Bryan Street, Suite 3900<br>Dallas, Texas 75201<br>Telephone: (214) 953-0053<br>Facsimile: (214) 922-4141<br>jhenry@hallettperrin.com<br><br>**ATTORNEYS FOR DEFENDANT<br>HATCH TRANSFORMERS, INC.** |

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of July, 2012, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, Wichita Falls Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ David A. Skeels